| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961<br>Chief Trial Attorney |
| 3 | JOSHUA S. WHITE, State Bar #237223<br>Deputy City Attorney |
| 4 | Fox Plaza<br>1390 Market Street, 6th Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone:    (415) 554-4259 |
| 6 | Facsimile:    (415) 554-3837<br>E-Mail:    joshua.white@sfgov.org |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
TREVOR ADAMS, NATHANIEL FORD,
and LANCE GREENFIELD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA TRANQUILLA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, NATHANIEL FORD, LANCE GREENFIELD, TREVOR ADAMS, and DOES 1-50 , inclusive,<br><br>    Defendants. | Case No. CV 11-04763 JSC<br><br>**STIPULATION AND PROPOSED ORDER REGARDING INITIAL CASE MANAGEMENT CONFERENCE** |

WHEREAS the initial case management conference in this matter is currently scheduled for January 5, 2012 at 1:30 p.m.

WHEREAS Defendants are of the view that they have not yet been properly served with the Complaint. Plaintiff's counsel informed defense counsel on December 28, 2011 that service was affected on the City in October 2011. Out of an abundance of caution, defense counsel, on December 29, 2011, filed an answer on behalf of all defendants.

1  WHEREAS the parties have not yet had the opportunity to have their Rule 26(f) conference or meet and confer about a joint case management statement or any other issues.

Accordingly, the parties respectfully request that the Court reschedule the initial case management conference to February 23, 2012.

Dated: December 30, 2011

          DENNIS J. HERRERA
          City Attorney
          JOANNE HOEPER
          Chief Trial Attorney
          JOSHUA S. WHITE
          Deputy City Attorney

          By:     /s/
          JOSHUA S. WHITE

          Attorneys for Defendants
          CITY AND COUNTY OF SAN FRANCISCO,
          TREVOR ADAMS, NATHANIEL FORD, and
          LANCE GREENFIELD

Dated: December 29, 2011

          By:     /s/
          KENNETH FRUCHT

          Attorneys for Plaintiff
          JOSHUA TRANQUILLA

1   PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED that initial case
2   management conference currently set for January 5, 2012 shall be rescheduled for ~~February 23, 2012~~ March 1, 2012
3   at 1:30 p.m.  The joint case management statement shall be filed by February 23, 2012.

4   Dated:   January 3, 2012                    _____
                                                 HONORABLE JACQUELINE SCOTT CORLEY
5                                                UNITED STATES MAGISTRATE JUDGE