1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  JOSHUA S. WHITE, State Bar #237223
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4259
6  Facsimile:    (415) 554-3837
   E-Mail:       joshua.white@sfgov.org
7
8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  TREVOR ADAMS, NATHANIEL FORD,
   and LANCE GREENFIELD
10
11
12                UNITED STATES DISTRICT COURT
13                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  JOSHUA TRANQUILLA, | Case No. CV 11-04763 JSC |
| 15    Plaintiff, | **STIPULATION AND PROPOSED ORDER REGARDING INITIAL CASE MANAGEMENT CONFERENCE** |
| 16    vs. | |
| 17  CITY AND COUNTY OF SAN FRANCISCO, NATHANIEL FORD, LANCE GREENFIELD, TREVOR ADAMS, and DOES 1-50 , inclusive, | |
| 19    Defendants. | |

23   WHEREAS the initial case management conference in this matter is currently scheduled for
24 January 5, 2012 at 1:30 p.m.
25   WHEREAS Defendants are of the view that they have not yet been properly served with the
26 Complaint.  Plaintiff's counsel informed defense counsel on December 28, 2011 that service was
27 affected on the City in October 2011.  Out of an abundance of caution, defense counsel, on December
28 29, 2011, filed an answer on behalf of all defendants.

1 WHEREAS the parties have not yet had the opportunity to have their Rule 26(f) conference or
2 meet and confer about a joint case management statement or any other issues.

3 Accordingly, the parties respectfully request that the Court reschedule the initial case
4 management conference to February 23, 2012.

5 Dated:  December 30, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
JOSHUA S. WHITE
Deputy City Attorney

By: _____/s/_____
JOSHUA S. WHITE

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
TREVOR ADAMS, NATHANIEL FORD, and
LANCE GREENFIELD

Dated:  December 29, 2011

By:_____/s/_____
KENNETH FRUCHT

Attorneys for Plaintiff
JOSHUA TRANQUILLA

1   PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED that initial case
2   management conference currently set for January 5, 2012 shall be rescheduled for ~~February 23, 2012~~ March 1, 2012
3   at 1:30 p.m.  The joint case management statement shall be filed by February 23, 2012.

4   Dated:  January 3, 2012                    _Jacqueline S. Corley_
                                               HONORABLE JACQUELINE SCOTT CORLEY
5                                              UNITED STATES MAGISTRATE JUDGE