IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA TRANQUILLA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, NATHANIEL FORD, LANCE GREENFIELD, TREVOR ADAMS, and DOES 1-50, inclusive<br><br>    Defendants. | Case No. CV-11-4763-JSC<br><br>**AMENDED CASE MANAGEMENT SCHEDULING ORDER** |

Following the Case Management Conference on May 16, 2013 the Court hereby amends the case management schedule as follows:

## I. CASE MANAGEMENT SCHEDULE

| | |
|---|---|
| Non-Expert Discovery cut-off: | September 6, 2013 |
| Last day to designate experts: | September 20, 2013 |
| Expert Discovery closes: | October 25, 2013 |
| Last day to hear dispositive motions: | December 19, 2013 |
| Final Pretrial Conference: | March 6, 2014 |
| Trial: | March 24, 2014 |

The parties are referred to a Magistrate Judge for a settlement conference within the next 60 days.

**IT IS SO ORDERED.**

Dated: May 16, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE